AO 451 (Rev. 01/09)   Clerk's Certification of a Judgment to be Registered in Another District

SRC
12-302 (SRC)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 NOV 26  AM 11 41

| | |
|---|---|
| J.R.J. ENTERPRISES, INC. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 10 Civ. 6496 (RWS) |
| M/V DUNCAN ISLAND, her engines, boilers, etc. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  04/25/2012  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  November 21, 2012

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*